United States Bankruptcy Court
District of Maryland

IN RE:                                                                                    Case No. _____

Braswell, Veronica                                                                        Chapter 7
_____
           Debtor(s)

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Pursuant to 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services, I have agreed to accept ............................................................. $   150.00

   Prior to the filing of this statement I have received ........................................................................ $   150.00

   Balance Due .................................................................................................................................... $     0.00

2. I have prepared or caused to be prepared the following documents (itemize):
   **Voluntary Petition**
   **Exhibit "D" to Voluntary Petition [Debtor]**
   **Application and Order to Pay Filing Fee in Installments**
   **Summary of Schedules**
   **Schedule A - Real Property**
   **Schedule B - Personal Property**
   **Schedule C - Property Claimed as Exempt**
   **Schedule D - Creditors Holding Secured Claims**
   **Schedule E - Creditors Holding Unsecured Priority Claims**
   **Schedule F - Creditors Holding Unsecured NonPriority Claims**
   **Schedule G - Executory Contracts and Unexpired Leases**
   **Schedule H - Codebtors**
   **Schedule I - Current Income of Individual Debtor(s)**
   **Schedule J - Current Expenditures of Individual Debtor(s)**
   **Declaration Concerning Debtor's Schedules**
   **Statement of Financial Affairs**
   **Chapter 7 Individual Debtor's Statement of Intention**
   **Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code**
   **Verification of Creditor Matrix**
   **Creditor Matrix**
   **Chapter 7 Statement of Your Current Monthly Income (22A-1)**
   **Disclosure of Compensation of Bankruptcy Petition Preparer**
   **Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer**
   **Certification of Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code**

   and provided the following services:

3. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   NAME: _____   SSN: _____

   X _____(signature)_____

   **Andrea Dingle**
   Printed name and title, if any, of Bankruptcy Petition Preparer

   Address: **4417 Parkton Street**

   **Baltimore, MD  21229**

   SOCIAL SECURITY NUMBER
   _____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_____     2/07/2015
   Social Security number of bankruptcy        Date
   petition preparer. (If bankruptcy petition
   preparer is not an individual, state the
   Social Security number of the officer,
   principal, responsible person or partner of
   the bankruptcy petition preparer.)
   (Required by 11 U.S.C. § 110.)

---

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*